IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BANK MIDWEST, a division of NBH Bank,

Plaintiff,

v.

TIG REAPER LLC, REAPER TIME NJ 1 LLC, REAPER TIME PA 1 LLC, and REAPER TIME PA 2 LLC,

Defendants.

Case No. ______________

**VERIFICATION**

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I, Bobby R. Oliver, Jr., state and affirm that I am a Senior Managing Director of NBH Bank. Plaintiff Bank Midwest is a division of NBH Bank. I have read the foregoing Verified Complaint and that the facts contained therein are true and correct to the best of my knowledge, information and belief based on my personal knowledge and/or the business records of Bank Midwest.

Dated: This 8th day of September, 2026.

**BOBBY R. OLIVER, JR.**