**Exhibit I**

McCarter & English

Joseph Lubertazzi Jr.
Partner

T. 973-639-2082
F. 973-624-7070

jlubertazzi@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry St.
Newark, NJ 07102

www.mccarter.com

August 25, 2026

Lisa Wolgast, Esq.
Barnes & Thornburg
3340 Peachtree Road N.E., Suite 2900
Atlanta, GA 30326-1092

**Re: Bank Midwest, a division of NBH Bank, Loans to TIG Reaper LLC, et al.**

Dear Ms. Wolgast:

As you are aware, our office represents TIG Reaper LLC in connection with the Loan to it as referenced your letter of August 20, 2026. In response to your letter, the Bank's assertions of default are rejected.

Further, the assertion that the assets of TIG Reaper secure loans to TIG Queso is wrongful and improper. TIG already has suffered expenses and damages as a result of the Bank's wrongful actions, and damages shall continue to accrue by such improper assertions. Demand is hereby made that the Bank withdraw its assertion by close of business on Friday, August 28, 2026. TIG Reaper reserves all of its rights and remedies.

Tig Reaper also reserves its rights and remedies arising out of the Bank's interaction with its Franchisor. The record clearly reflects that the Bank is attempting to interfere with that relationship and negatively impact the assets of TIG Reaper.

Very truly yours,

Joseph Lubertazzi Jr.