UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BANK MIDWEST, a division of NBH Bank

Plaintiff,

v.

Civil Action No. ___________

TIG REAPER LLC, et al.

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| | |
|---|---|
| BANK MIDWEST, a division of NBH Bank | Colorado |
| (Party/Intervenor) | (Citizenship) |
| See Exhibit A | See Exhibit A |
| (Party/Intervenor) | (Citizenship) |
| | |
| (Party Intervenor) | (Citizenship) |

9/8/2026
Date

/s/ James E. Van Horn
Signature of Attorney or Litigant
Counsel for Plaintiff

*Note: This form must be filed in CM/ECF using your pacer account. Please select the "Other Documents" category, then select the Disclosure of Citizenship event. Pro Se Litigants can file using the court's Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov), by mail or in person.

**Exhibit A**

| Party | Citizenship |
|---|---|
| TIG REAPER LLC | Pennsylvania |
| REAPER TIME NJ 1 LLC | Pennsylvania |
| REAPER TIME PA 1 LLC | Pennsylvania |
| REAPER TIME PA 2 LLC | Pennsylvania |